CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 16 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DERWIN OSBOURNE,<br>Plaintiff, | )<br>)  Civil Action No. 7:05cv00756<br>) |
| v. | )  **FINAL ORDER**<br>) |
| GENE JOHNSON, et al.,<br>Defendants. | )  By: Jackson L. Kiser<br>)  Senior U.S. District Court Judge |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that plaintiff's privilege to proceed in forma pauperis shall be and hereby is **DENIED**; his § 1983 cause of action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of December, 2005

/s/ Jackson L. Kiser
Senior United States District Court Judge